1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19

MIRIAM M. LONG,

                Plaintiff,

        v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

                Defendant.

Case No. CV 14-2443 MRW

JUDGMENT

20
21
22
23
24
25
26
27
28

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: December 9, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE